UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA THROUGH THE DEPARTMENT OF NATURAL RESOURCES, OFFICE OF CONSERVATION | CIVIL ACTION |
| VS. | NO. |
| RLI INSURANCE COMPANY, L.L.C., SOMPO INTERNATIONAL INSURANCE, LEXON INSURANCE COMPANY, LEXON SURETY GROUP, LLC, NORTHSTAR OFFSHORE VENTURES, LLC, and SANARE ENERGY PARTNERS, LLC | JUDGE  MAGISTRATE |

## NOTICE OF REMOVAL

TO:   The Clerk of the United States District Court for the Middle District of Louisiana

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Sections 1334, 1446, and 1452, and Rule 81(c) of the Federal Rules of Civil Procedure, Sanare Energy Partners, LLC ("Sanare"), hereby removes the action pending in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, entitled *State of Louisiana Through the Department of Natural Resources vs. RLI Insurance Company, L.L.C., Sompo International Insurance, Lexon Insurance Company, Lexon Surety Group, LLC, Northstar Offshore Ventures, LLC and Sanare Energy Partners, LLC*, Docket Number 686876, to the United States District Court for the Middle District of Louisiana. The grounds for removal are as follows:

1.   The action pending in the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, entitled *State of Louisiana Through the Department of Natural Resources vs.*

*RLI Insurance Company, L.L.C., Sompo International Insurance, Lexon Insurance Company, Lexon Surety Group, LLC, Northstar Offshore Ventures, LLC and Sanare Energy Partners, LLC*, Docket Number 686876, was commenced on or about August 20, 2019, by the filing of the State of Louisiana's Petition for Specific Performance (the "Petition").

2. Copies of all process, pleadings, and orders in the above-described action are attached as Exhibit "A" as required by 28 U.S.C. § 1446(a). Sanare is unaware of any existence of any process, pleadings, and orders other than the documents included in Exhibit "A."

3. This civil action is one that may be removed to this Court pursuant to 28 U.S.C. § 1452(a) in that this Court has jurisdiction over the claims or causes of action in the underlying action pursuant to Section 1334. In particular, the State of Louisiana, in its Petition seeks a money judgment against, *inter alia*, Sanare in the amount of $2.5 million dollars. The basis for the State's claim is that Sanare assumed the obligations of Northstar Offshore Group, LLC. The State's claims against Sanare are expressly rejected and enjoined by the Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of Claims, Liens, Interests and Encumbrances; (II) Approving the Assumption of Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (the "Sale Order") entered by the United States Bankruptcy Court for the Southern District of Texas in the matter entitled *In re Northstar Offshore Group, LLC*, Case Number 16-34028. In the Sale Order, the United States Bankruptcy Court for the Southern District of Texas expressly ordered that it would **"retain jurisdiction to, among other things, interpret, implement, and enforce the terms and provisions of this Order . . . and to adjudicate, if necessary, any and all disputes concerning or relating in any way to the Sale, including, but not limited to, retaining jurisdiction too . . . protect the Buyer against**

**any Lien, Claims, or Interests in or against the Debtor or the assets of any kind or nature whatsoever except as to Senior Statutory Liens that constitute Assume Liabilities."**

4. Northstar Offshore Group was the Debtor in a Chapter 11 case pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division, entitled *In Re Northstar Offshore Group, LLC*, Case Number 16-34028.

5. The assets at issue in this civil action were not the subject of the Sale Order and the Debtor rejected and/or abandoned those assets. The Sale Order expressly provides that Sanare, formerly known as Northstar Offshore Ventures, LLC, did not succeed to the liabilities of the Debtor nor was it the successor in interest to the Debtor.

6. The Petition is in direct contradiction of the Sale Order.

7. Sanare first received notice of this action on or about the 26th day of August, 2019, when it received the Citation via Certified Mail. A true and correct copy of all documents served on Sanare are attached hereto as Exhibit "B."

8. Removal to this District Court is proper under 28 U.S.C. § 1452(a) because the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, is located in the Middle District of Louisiana.

9. Because this Notice of Removal is filed within thirty (30) days of August 26, 2019, the day Sanare was served with the Petition, removal is timely.

10. As this civil action is not removed solely under Section 1441(a), there is no requirement that the other named defendants join in or consent to the removal of this action.

11. Written notice of the filing of this Notice of Removal will be given to the State of Louisiana and the State Court promptly after the filing of the Notice of Removal, as required by

3

28 U.S.C. § 1446(d). True and correct copies of those notices are attached hereto as Exhibit "C" *in globo*.

WHEREFORE, Sanare removes the above-entitled action from the 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*[signature]*

Michael D. Rubenstein (LA Bar #22860)
LISKOW & LEWIS, APLC
1001 Fannin Street, Ste. 1800
Houston, TX 77002
Telephone: (713) 651-2953
Facsimile: (713) 651-2908
Email: mdrubenstein@liskow.com

Anthony Marino (LA Bar # 17037)
Liskow & Lewis, APLC
701 Poydras Street, Ste. 5000
New Orleans, LA 70139
Telephone: (504) 299-6114
Facsimile: (504) 556-4108
Email: acmarino@liskow.com

***Attorneys for Defendant,***
***Sanare Energy Partners, LLC***

4975740v1

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above pleading was served via United States First Class mail, postage prepaid, on the following counsel of record this 16th day of September 2019:

            Candice Rodgers Hillman, Esq.
            Assistant Attorney General
            Civil Division/Lands & Natural Resources
            Post Office Box 94005
            Baton Rouge, LA  70804-9005

            _/s/ Michael O. Church_____