# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**STATE OF LOUISIANA**

**CIVIL ACTION**

**VERSUS**                                         **NO. 19-614-JWD-SDJ**

**RLI INSURANCE**                                  **CONSOLIDATED WITH**
**COMPANY, LLC, et al.**                           **NO. 19-640-JWD-SDJ**

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.21) dated September 15, 2020, to which no objection was filed;

**IT IS ORDERED** that the State's Motions to Remand (No. 19-614, Doc. 6), (No. 19-640, Doc. 6) are GRANTED and the State's cause of action are REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on September 30, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**